**No. 09-7631. Andre Lamar Collier, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1882, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2610.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 331 Fed. Appx. 309.